# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Michael Maurello

Defendant.

Case No.: 1:23−cr−00020
Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 19, 2023:

MINUTE entry before the Honorable Manish S. Shah: as to Michael Maurello. Arraignment and initial appearance are set for 1/23/2023 at 01:30 p.m. via video. Members of the public and media may listen to these proceedings by dialing 1−650−479−3207 and using phone conference access code 23148465420##. Counsel of record and other essential case participants will receive an email with a link to join the video conference prior to the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.